IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-170-GCM

| | |
|---|---|
| LAURA HOLLAR, )<br>　　　　　　　　　　　**Plaintiff,** )<br>　v. 　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　) <br>UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　**Defendant.** )<br>　　　　　　　　　　　　　　　　) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Dennis M. O'Bryan,** filed March 29, 2017 [doc. # 3].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. O'Bryan is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Laura Hollar.

**IT IS SO ORDERED.**

Signed: March 29, 2017

Graham C. Mullen
United States District Judge