IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LAURA HOLLAR, | ) Civil Action No.: 3:17-cv-170-GCM |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER REGARDING MOTION FOR SPECIAL ADMISSION OF
## OUT-OF-STATE ATTORNEY SEAN D. HOUSEAL

A Motion for Special Admission has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant:  Sean D. Houseal who represents  defendant  United States of America

    ☑    Be **granted** special admission in this case.

    ☐    Be **denied** special admission in this case.

24 May 2017
Date

Senior Judge Graham C. Mullen
United States Senior District Judge

1