IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LAURA HOLLAR, | Civil Action No.: 3:17-cv-170-GCM |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## ORDER REGARDING MOTION FOR SPECIAL ADMISSION OF OUT-OF-STATE ATTORNEY RYAN D. GILSENAN

A Motion for Special Admission has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Ryan D. Gilsenan who represents defendant United States of America

☑ Be **granted** special admission in this case.

☐ Be **denied** special admission in this case.

24 May 2017
Date

Senior Judge Graham C. Mullen
United States Senior District Judge

1