# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:17-CV-00170-GCM

| | |
|---|---|
| LAURA HOLLAR | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| **Defendant.** | ) |

**THIS MATTER** is before the Court on Plaintiff's Consent Motion to File Redacted Document. (Doc. No. 17).

On January 26, 2018, Plaintiff's counsel filed a Consent Motion to Extend. (Doc No. 16). Plaintiff's counsel attached Exhibit A thereto, containing personal data identifiers. (Doc. No. 16-1). Plaintiff requests leave to file a redacted version of Doc. No. 16-1, with the previously filed Exhibit to be sealed. Defendant consents to this Motion, and the Court finds that there is good cause for it to be granted.

**IT IS THEREFORE ORDERED** that the Defendant's Motion (Doc. No. 17) is **GRANTED**. Plaintiff's counsel shall file a redacted version of the document within 7 days of the entry of this Order, and Doc. No. 16-1 shall be sealed.

Signed: January 30, 2018

Graham C. Mullen
United States District Judge