IN THE UNITED STATES DISTRICT
COURT WESTERN DISTRCT OF NORTH
CAROLINA CHARLOTTE DIVISION
Case No: 3:17-cv-170-CGM

| | |
|---|---|
| LAURA HOLLAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING CONSENT MOTION TO EXTEND

**THIS MATTER is before the Court** on the Consent Motion to Extend [doc. 16]. Having reviewed the Court's file and considered the motion, the Court rules as follows:

**IT IS ORDERDED** that the Motion is **GRANTED**. The Pretrial Order and Case Management Plan Deadlines are hereby amended as follows:

| | |
|---|---|
| Discovery Completion: | October 31, 2018 |
| Mediation Deadline: | November 23, 2018 |
| Motions Deadline: | November 23, 2018 |
| Trial Date: | March 11, 2019 |

**SO ORDERED.**

Signed: March 7, 2018

*[signature]*

Graham C. Mullen
United States District Judge