IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-170-GCM

| | |
|---|---|
| LAURA HOLLAR, **Plaintiff,** | )<br>)<br>) |
| v. | )     ORDER |
| UNITED STATES OF AMERICA, **Defendant.** | )<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Dennis M. O'Bryan,** filed June 19, 2018 [doc. # 21].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. O'Bryan is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Laura Hollar.

**IT IS SO ORDERED.**

Signed: June 20, 2018

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge